E-FILED
Thursday, 24 February, 2005 11:55:14 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS

SEALED

UNITED STATES OF AMERICA

v.  **CRIMINAL COMPLAINT**

TROY D. NEAL,  CASE NUMBER: 05-6405 M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

FILED
FEB 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE COCAINE)

From in or about January, 2004, to on or about January 7, 2005, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**TROY D. NEAL,**

did conspire with persons known and unknown to commit an offense under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), that is, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Section 846.

### COUNT TWO
### (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE)

On or about January 7, 2005, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**TROY D. NEAL,**

did possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

- 2 -

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes ☐ No

S/Russell coulter
_____
Signature of Complainant
Russell Coulter, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

February 23, 2005                             at         Rock Island, Illinois

Date                                                              City and State

Thomas J. Shields                                      S/Thomas J. Shields
United States Magistrate Judge                _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT

RUSSELL COULTER, being first duly sworn upon oath, deposes and states as follows:

1. I am a Special Agent with the U.S. Drug Enforcement Administration (DEA), and have been so employed since January 1997. Prior to this, I was employed as a Special Agent with the U.S. Railroad Retirement Board, Office of Inspector General for approximately six years. During my law enforcement career, I have been involved in the undercover and controlled purchase of narcotics, the management of and debriefing of confidential sources, the tracing of drug proceeds, and the acquisition and execution of numerous search warrants.

2. The following is an affidavit in support of a criminal complaint charging Troy D. Neal with Conspiracy to Distribute Cocaine, in violation of Title 21, United States Code, Sections 841 and 846, (Count 1), and Possession With Intent to Distribute Cocaine, in violation of Title 21, United States Code, Section 841.

3. On January 7, 2005, the Quad Cities Metropolitan Enforcement Group (QCMEG) executed a State of Illinois search warrant at the residence of Troy D. Neal, located at 604 12th Street, Silvis, Illinois. During the search of the residence, approximately 12 ounces (352 gross grams) of suspected powder cocaine, $1,600 U.S. Currency, packaging material, and a digital scale was seized. The suspected cocaine subsequently field tested positive for the presence of cocaine.

4. A post-*Miranda* interview was conducted with Neal. Neal subsequently identified his source of supply and admitted that the approximate 12 ounces of cocaine seized from his residence, was what remained from a ½ kilogram of cocaine he obtained from his source of

-1-

supply approximately three weeks prior. Neal further advised that the seized $1,600.00 US Currency was drug proceeds which he was to return to his source of supply.

5. Neal admitted to selling cocaine for the past year. Neal explained that for the first six months he was selling cocaine, he obtained 1 ounce of cocaine 3 or 4 times a month from his source of supply. Neal then stated that for the past six months, he has obtained ¼ kilogram quantities (9 ounces) of cocaine from his source of supply. Neal stated that his source of supply charged him $800.00 per ounce, and that he sold the cocaine for $900.00 to $1,000.00 per ounce.

6. Based on the foregoing, I have reason to believe that Troy D. Neal conspired to distribute cocaine, (Count 1), and possessed with intent to distribute cocaine, (Count 2).

S/Russell Coulter

Russell Coulter, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my
Presence this 23rd day of February, 2005.

S/Thomas J. Shields

Thomas J. Shields
United States Magistrate Judge

-2-