E-FILED
Monday, 28 February, 2005 01:15:47 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.   05-6405 M |
| ) | |
| TROY D. NEAL, ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

I, Steve Hanna, Attorney at Law, hereby enter my appearance as attorney of record on behalf of the Defendant, TROY D. NEAL.

Dated: February 28, 2005

s/Steve Hanna
Attorney for Defendant
418 16th Street
Moline, IL 61265
Phone: 309/736-9000
Fax:   309/762-0177